UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                CASE NO. 07 B 10696
   LINDA B COLLINS
                                      CHAPTER 13

                                      JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5107
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 06/15/2007 and was confirmed 08/01/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 11/21/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| PAUL DURHAM | NOTICE ONLY | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | 684.31 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1457.27 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2253.90 | .00 | .00 |
| RONALD B LORSCH | DEBTOR ATTY | 3,499.00 | | 594.91 |
| TOM VAUGHN | TRUSTEE | | | 44.09 |
| DEBTOR REFUND | REFUND | | | .00 |

            Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    639.00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                              594.91
TRUSTEE COMPENSATION                         44.09
DEBTOR REFUND                                  .00
                     ---------------    ---------------
TOTALS                    639.00             639.00

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 10696 LINDA B COLLINS

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/27/08                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
          CASE NO. 07 B 10696 LINDA B COLLINS